IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JOAN MILLER, Individually, and
MILLER MARKETING, INC.,
a Minnesota Corporation,

        Plaintiffs,

vs.                                       No. 03-C-406 DRH

JOHN E. KUPIEC and
CANADIAN AMERICAN CORPORATION,
a Michigan Corporation,

        Defendants.

## ORDER

Pursuant to the Stipulation for Dismissal (Doc 20) filed in this matter,

**IT IS HEREBY ORDERED** that the captioned matter is dismissed on the merits and with prejudice.

DATED: This ___31st___ day of ___March___, 2006.

        /s/                David RHerndon
**UNITED STATES DISTRICT JUDGE**