IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JOAN MILLER, Individually, and
MILLER MARKETING, INC.,
a Minnesota Corporation,

    Plaintiffs,

vs.                                   Cause No. 03-C-406 DRH

JOHN E. KUPIEC and
CANADIAN AMERICAN CORPORATION,
a Michigan Corporation

    Defendants.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.-----

                                              **SOFRON B. NEDILSKY, CLERK**

March 31, 2006                       By:  s/Patricia Brown
                                                  Deputy Clerk

APPROVED:/s/    David   RHerndon
                    **U.S. DISTRICT JUDGE**